**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                                 Respondent,

v.

Craig Cheeks,                                            Appellant.

————

Appeal From Greenville County
Robin B. Stilwell, Circuit Court Judge

————

Unpublished Opinion No. 2012-UP-423
Submitted June 1, 2012 – Filed July 11, 2012

————

**APPEAL DISMISSED**

————

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott,

all of Columbia; and Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.


**PER CURIAM:** Craig Cheeks appeals his convictions of driving under suspension and violating the habitual traffic offender statute, arguing the circuit court erred in failing to (1) grant his directed verdict motion and (2) give the jury an alibi charge. After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.